# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TODD ANDREAS, | No. 3:16-CV-2308 |
| Plaintiff, | (Judge Brann) |
| v. | |
| NANCY BERRYHILL, *Acting Commissioner of Social Security*, Defendant. | (Chief Magistrate Judge Susan E. Schwab) |

## **ORDER**

**AND NOW**, this 31st day of July 2018, having conducted a de novo review, and no opposition having been filed in response to the Report and Recommendation of the magistrate judge, **IT IS HEREBY ORDERED** that:

1. Chief Magistrate Judge Susan E. Schwab's July 3, 2018 Report and Recommendation, ECF No. 12, is ADOPTED in full.

2. The decision of the Commissioner of Social Security is AFFIRMED.

3. Final Judgment is entered in favor of Defendant and against Plaintiff pursuant to Fed. R. Civ. P. 58 and sentence four of 42 U.S.C. § 405(g).

4. The Clerk is directed to close the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge